# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:00-cr-00009-MR-DLH-1

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **JOHN ALBERT WILKERSON, JR.,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Petition [Doc. 891].

For the reasons stated in the Government's Motion, and for cause shown, **IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 891] is **GRANTED**, and the Petition for Revocation of Supervised Release [Doc. 883] and the Addendum thereto [Doc. 885] are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Defendant shall be **RELEASED** on the same terms and conditions of supervised release as previously imposed.

The Clerk of Court is respectfully directed to provide a copy of this Order to counsel for the Defendant, counsel for the Government, the United States Probation Office, and the United States Marshals Service.

**IT IS SO ORDERED**.

Signed: May 5, 2017

Martin Reidinger
United States District Judge